MCC4795
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on September 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Chapter **13** |
| Robert & Deborah Fassi | Case No.: **14-35893 (KCF)** |

### ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through four (4) is hereby ORDERED.

**DATED: September 21, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Robert & Deborah Fassi
Case No.:   **14-35893 (KCF)**
Caption of Order:   **Order Approving Post-Petition Financing**

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtors' motion and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order, it is hereby

**ORDERED** that the debtor(s) be and hereby are allowed to modify the mortgage on real property located at 4 Spruce Way, Manalapan, New Jersey pursuant to the terms outlined in the debtors' certification in support of the refinancing motion; and it is further

**ORDERED** that from the funds received in connection with the loan modification, all liens on the property shall be paid in full, at closing; and it is further

**ORDERED** that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

**ORDERED** that the debtor shall:

___    Satisfy all Plan obligation from financing proceeds

___    Continue to make payments under the Plan as proposed or confirmed

_X_    Modify the Plan as follows:

Debtor's plan will be modified to remove the mortgage arrears that were being paid to Caliber Home Loans through their chapter 13 plan.

**ORDERED** that debtor's counsel shall be allowed a legal fee of **$_____** for representation in connection with this motion, which is to be paid (choose one):

___    at closing        ___    through the plan        ___    outside the plan;

(Page 3)

Debtor(s):   Robert & Deborah Fassi
Case No.:   **14-35893 (KCF)**
Caption of Order:   **Order Approving Post-Petition Financing**

and it is further

**ORDERED** that, if applicable, the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance;  and it is further

**ORDERED** that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

\_\_\_   is applicable         _X_   is not applicable

**ORDERED** that the following other provisions apply:

1. In the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its Proof of Claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification.
2. The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated.
3. In the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor's attorney of same.  Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor.
4. In the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other

(Page 4)

Debtor(s):   Robert & Deborah Fassi
Case No.:    **14-35893 (KCF)**
Caption of Order:    **Order Approving Post-Petition Financing**

        creditors in accordance with the provisions of the confirmed plan.

5.    Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

6.    With respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fee which are being capitalized into the loan, secured creditor will amend any and all post-petition orders or claims within 30 days after completion of the loan modification.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                        Case No. 14-35893-KCF
Robert Fassi                                                  Chapter 13
Deborah Fassi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Sep 21, 2017
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
db/jdb          Robert Fassi,    Deborah Fassi,    4 Spruce Way,    Manalapan, NJ 07726-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL,
               INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICER FOR U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
               Trust 20055, Adjustable Rate Mortgage Backed Pass Throug nj.bkecf@fedphe.com
              Angela Catherine Pattison    on behalf of Creditor    HSBC Bank USA, National Association, As
               Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
               angela.pattison@powerskirn.com,    ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Loren Rosenberg Lightman    on behalf of Creditor    Beachway Townhouse Condominium Association
               llightman@hillwallack.com
              Marc C. Capone    on behalf of Debtor Robert  Fassi mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Joint Debtor Deborah  Fassi mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services LLC, as servicer
               for MTGLQ Investors, LP
               firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
              Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services as Servicer for
               MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
              R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
              William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com
                                                                                                 TOTAL: 16