Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–35893–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Fassi
4 Spruce Way
Manalapan, NJ 07726–1820

Deborah Fassi
4 Spruce Way
Manalapan, NJ 07726–1820

Social Security No.:
xxx–xx–1550

xxx–xx–6187

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 5, 2015.

On October 3, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date: November 8, 2017
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 4, 2017
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-35893-KCF
Robert Fassi                                                          Chapter 13
Deborah Fassi
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 3              Date Rcvd: Oct 04, 2017
                               Form ID: 185             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db/jdb         Robert Fassi,   Deborah Fassi,   4 Spruce Way,   Manalapan, NJ 07726-1820
cr            +Beachway Townhouse Condominium Association,   Foxwood Realty LLC,   761 Palmer Avneue,
               Holmdel, NJ 07733-1086
cr            +CALIBER HOME LOANS, INC.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
cr            +CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIA,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
515262919     +ANTIO, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
515251435      American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
515403694      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515251436      Americas Servicing Co,   PO Box 10328,   Des Moines, IA 50306-0328
515251437      Amex,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
515251438    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
515277449     +Beachway Townhouse Condominium Association, Inc.,   Andrew E. Ingram, Jr.,   1812 Front Street,
               Scotch Plains, NJ 07076-1103
515251439      Beachway Townhouses Condo Ass.,   PO Box 313,   Keansburg, NJ 07734-0313
515265160     +Borough of Keansburg,   29 Church St,   Keansburg, NJ 07734-1497
515251441      Caliber Home Loans,   PO Box 619063,   Dallas, TX 75261-9063
515493314      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515251442      Chase,   201 N Walnut St,   Wilmington, DE 19801-2920
515251443      Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
515251444     +Fein, Such, Kahn & Shepard,   7 Century Dr Ste 201,   Parsippany, NJ 07054-4673
515442101     +HSBC Bank USA,,   c/o Americas Servicing Company,   ATTN: Bankruptcy Dept.,   MAC# D3347-014,
               3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
515439550     +HSBC Bank USA, National Association, As Trustee fo,   c/o Zucker Goldberg & Ackerman,
               200 Sheffed Street, Suite 301,   Mountainside, NJ 07092-2315
515476281     +Hyundai Capital America DBA,   Kia Motors Finance,   PO Box 20825,
               Fountain Valley, CA 92728-0825
515251448      Kia Motors Finance Co,   10550 Talbert Ave,   Fountain Valley, CA 92708-6031
515384673      Kohl's,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
515251450      Marc Friedman, Esq.,   616 W Ocean Heights Ave,   Linwood, NJ 08221-1016
515251451      Mnet Fin Inc,   95 Argonaut,   Aliso Viejo, CA 92656-4133
517085282     +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
515277343     +PNC BANK, N/A,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
515251453      Pnc Bank,   PO Box 5570,   Cleveland, OH 44101-0570
515766942      Rushmore Loan Management Services,   P.O. Box 514707,   Los Angeles, CA 90051-4707
516498512     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
515251456      THD/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
515251455      Tavistock Homeowner Ass.,   28 S New York Rd Ste B6,   Galloway, NJ 08205-9695
515466848     +US BANK N.A.,   AMERICA'S SERVICING CO,   ATTENTION: BANKRUPTCY DEPARTMENT,
               MAC #D3347-014,   3476 STATEVIEW BOULEVARD.,   FORT. MILL, SC 29715-7203
515435047      WEICHERT FINANCIAL SERVICES,   Green Tree Servicing LLC,   PO BOX 6154,
               Rapid City, SD 57709-6154
515251434    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: America's Servicing,   8480 Stagecoach Cir,
               Frederick, MD 21701-4747)
515251457      Weichert Fs,   1 Corporate Dr Ste 360,   Lake Zurich, IL 60047-8945
515496155     +Wells Fargo Bank, N.A.,   c/o Zucker Goldberg & Ackerman,   200 Sheffed Street, Suite 301,
               Mountainside, NJ 07092-2315
515497096     +Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,   MAC# D3347-014,   3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2017 23:25:13      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2017 23:25:10      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515411300      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2017 23:43:55
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
515395897     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Oct 04 2017 23:26:00      CALIBER HOME LOANS, INC.,
               CALIBER HOME LOANS, INC.,   13801 WIRELESS WAY,   OKLAHOMA CITY, OK 73134-2500
515251446     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 23:22:20      GECRB/Lowes,   PO Box 956005,
               Orlando, FL 32896-0001
515434122      E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2017 23:25:00      Green Tree Servicing LLC,
               PO BOX 6154,   Rapid City, SD 57709-6154

```
District/off: 0312-3          User: admin               Page 2 of 3               Date Rcvd: Oct 04, 2017
                              Form ID: 185              Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515251447         E-mail/Text: collections@jeffersonassociates.com Oct 04 2017 23:25:16      Jefferson Associates,
                   3 Coral St,    Edison, NJ 08837-3242
515251449         E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2017 23:24:41      Kohl's,
                   56 N W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051
515251452         E-mail/Text: bankruptcy@onlineis.com Oct 04 2017 23:25:34      Online Collections,   PO Box 1489,
                   Winterville, NC 28590-1489
515497171         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 23:43:53
                   Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
                   Norfolk VA 23541
515496127         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 23:44:00
                   Portfolio Recovery Associates, LLC,    c/o Sleepys,   POB 41067,   Norfolk VA 23541
515495144         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 23:31:21
                   Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
515259521         E-mail/Text: bnc-quantum@quantum3group.com Oct 04 2017 23:25:06
                   Quantum3 Group LLC as agent for,    CP Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
515251454         E-mail/Text: bankruptcy@savit.com Oct 04 2017 23:25:55      Sa-Vit Enterprises,   PO Box 250,
                   East Brunswick, NJ 08816-0250
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A.
515251440*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bk of Amer,    PO Box 982235,   El Paso, TX 79998-2235)
515251445*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: FIA/Bank of America,    PO Box 15102,   Wilmington, DE 19886-5102)
517085294*      +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
515766943*      Rushmore Loan Management Services, LLC,    P.O. Box 514707,   Los Angeles, CA 90051-4707
515251458*     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Mortgage,    8480 Stagecoach Cir,
                Frederick, MD 21701-4747)
515251459       ##Zucker, Goldberg & Ackerman,    PO Box 1024,   Mountainside, NJ 07092-0024
                                                                                    TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL,
               INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICER FOR U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
               Trust 20055, Adjustable Rate Mortgage Backed Pass Throug nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Angela Catherine Pattison    on behalf of Creditor    HSBC Bank USA, National Association, As
               Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
               angela.pattison@powerskirn.com, ecf@powerskirn.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 04, 2017
                              Form ID: 185             Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
          bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Jennifer R. Gorchow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Loren Rosenberg Lightman    on behalf of Creditor    Beachway Townhouse Condominium Association llightman@hillwallack.com
          Marc C. Capone    on behalf of Joint Debtor Deborah  Fassi mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
          Marc C. Capone    on behalf of Debtor Robert  Fassi mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
          Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services as Servicer for MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
          Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services LLC, as servicer for MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
          R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
          William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com

                                                                                                    TOTAL: 16

Case 14-35893-KCF    Doc 88    Filed 10/06/17    Entered 10/07/17 00:50:15    Desc Imaged
Certificate of Notice    Page 4 of 4