Last Revised August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:  Case No. _____

**Fassi, Robert & Fassi, Deborah**  Judge _____
_____
 Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

[ ] Original            [ ] Modified/Notice Required         Date: **September 19, 2017**

[ ] Motions Included    [ **X** ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

[ ] DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: <u>MC</u>        Initial Debtor: <u>RF</u>        Initial Co-Debtor: <u>DF</u>

### Part 1: Payment and Length of Plan

a. The debtors have paid **$9,756.00** to date. The Debtors shall pay $ **320.00** per **month** to the Chapter 13 Trustee, starting on **10/1/2017** for approximately **27** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   **[X]** Future Earnings
   **[ ]** Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   **[ ]** Sale of real property
      Description:
      Proposed date for completion: _____

   **[ ]** Refinance of real property
      Description:
      Proposed date for completion: _____

   **[ ]** Loan modification with respect to mortgage encumbering property
      Description:
      Proposed date for completion: _____

d. **[ ]** The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. **[ ]** Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection [X] NONE

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Capone & Keefe, PC** | Administrative Expense | **1,750.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments [ ]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

3

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [ ] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **America's Servicing** | **26 Pineview Avenue, Keansburg, NJ** | **199,484.00** | **0.00** |
| **Americas Servicing Co** | **721 3rd Street** | **172,309.00** | **102,691.00** |
| **Beachway Townhouses Condo Ass.** | **13 Beachway Ave, Keansburg, NJ** | **116,754.00** | **0.00** |
| **Borough of Keansburg** | **26 Pineview Avenue, Keansburg, NJ** | **199,484.00** | **0.00** |
| **Weichert Fs** | **13 Beachway Ave, Keansburg, NJ** | **116,754.00** | **0.00** |
| **Wells Fargo Mortgage** | **103 Pin Oak Lane, Little Egg Harbor, NJ** | **117,842.00** | **12,158.00** |

**f. Secured Claims Unaffected by the Plan [ ] NONE**

The following secured claims are unaffected by the Plan:
**Kia Motors Finance Co
Pnc Bank
Caliber Home Loans**

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

## Part 5: Unsecured Claims [ ] NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed *pro rata*
___ Not less than _____ percent
__X__ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 6: Executory Contracts and Unexpired Leases [X] NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

| None | | | | |
|---|---|---|---|---|

**Part 7: Motions**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   **a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).**  [  ] **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

   **b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [X] NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| None | | | | | | |

   **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| None | | | | | |

**Part 8: Other Plan Provisions**

   **a. Vesting of Property of the Estate**

   __X__ Upon Confirmation
   ____ Upon Discharge

   **b. Payment Notices**

   Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   **c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-petition claims** The Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [ ] NONE**

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified:  **12/3/2015**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| Debtors received a loan modification from Caliber Home Loans. | Mortgage arrears being paid to Caliber Home Loans were removed. |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[X]** Yes  **[ ]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 9/19/17          /s/Marc Capone
                       Attorney for the Debtor

Date: 9/19/17          /s/Robert Fassi
                       Debtor

Date: 9/19/17          /s/Deborah Fassi
                       Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.
Date: **September 19, 2017**     */s/ Marc Capone*
                                 Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: **September 19, 2017**          */s/ Robert Fassi*
                                       Debtor

Date: **September 19, 2017**          */s/ Deborah Fassi*
                                       Joint Debtor

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                   Case No. 14-35893-KCF
Robert Fassi                                                             Chapter 13
Deborah Fassi
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0312-3              User: admin                 Page 1 of 3                  Date Rcvd: Oct 04, 2017
                                  Form ID: pdf901             Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db/jdb         Robert Fassi,    Deborah Fassi,    4 Spruce Way,    Manalapan, NJ 07726-1820
cr            +Beachway Townhouse Condominium Association,    Foxwood Realty LLC,    761 Palmer Avneue,
               Holmdel, NJ 07733-1086
cr            +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
cr            +CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIA,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515262919     +ANTIO, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
515251435      American Express,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
515403694      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515251436      Americas Servicing Co,    PO Box 10328,    Des Moines, IA 50306-0328
515251437      Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
515251438    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982235,   El Paso, TX 79998-2235)
515277449     +Beachway Townhouse Condominium Association, Inc.,    Andrew E. Ingram, Jr.,    1812 Front Street,
               Scotch Plains, NJ 07076-1103
515251439      Beachway Townhouses Condo Ass.,    PO Box 313,   Keansburg, NJ 07734-0313
515265160     +Borough of Keansburg,    29 Church St.,    Keansburg, NJ 07734-1497
515251441      Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
515493314      Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515251442      Chase,   201 N Walnut St,    Wilmington, DE 19801-2920
515251443      Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
515251444     +Fein, Such, Kahn & Shepard,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
515442101     +HSBC Bank USA,,    c/o Americas Servicing Company,    ATTN: Bankruptcy Dept.,   MAC# D3347-014,
               3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
515439550     +HSBC Bank USA, National Association, As Trustee fo,    c/o Zucker Goldberg & Ackerman,
               200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515476281     +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
               Fountain Valley, CA 92728-0825
515251448      Kia Motors Finance Co,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
515384673      Kohl’s,   c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
515251450      Marc Friedman, Esq.,    616 W Ocean Heights Ave,    Linwood, NJ 08221-1016
515251451      Mnet Fin Inc,    95 Argonaut,   Aliso Viejo, CA 92656-4133
517085282     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
515277343     +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
515251453      Pnc Bank,   PO Box 5570,    Cleveland, OH 44101-0570
515766942      Rushmore Loan Management Services, LLC,    P.O. Box 514707,   Los Angeles, CA 90051-4707
516498512     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
515251456      THD/CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
515251455      Tavistock Homeowner Ass.,    28 S New York Rd Ste B6,    Galloway, NJ 08205-9695
515466848     +US BANK N.A.,    AMERICA’S SERVICING COMPANY,    ATTENTION: BANKRUPTCY DEPARTMENT,
               MAC #D3347-014,    3476 STATEVIEW BOULEVARD.,    FORT. MILL, SC 29715-7203
515435047      WEICHERT FINANCIAL SERVICES,    Green Tree Servicing LLC,    PO BOX 6154,
               Rapid City, SD 57709-6154
515251434    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: America’s Servicing,    8480 Stagecoach Cir,
               Frederick, MD 21701-4747)
515251457      Weichert Fs,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
515496155     +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315
515497096     +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2017 23:25:12     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2017 23:25:10      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515411300      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2017 23:49:14
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK 73126-8941
515395897     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Oct 04 2017 23:25:59      CALIBER HOME LOANS, INC.,
               CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
515251446     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 23:22:06     GECRB/Lowes,    PO Box 956005,
               Orlando, FL 32896-0001
515434122      E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2017 23:25:00     Green Tree Servicing LLC,
               PO BOX 6154,    Rapid City, SD 57709-6154
```

```
District/off: 0312-3          User: admin               Page 2 of 3             Date Rcvd: Oct 04, 2017
                              Form ID: pdf901           Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515251447       E-mail/Text: collections@jeffersonassociates.com Oct 04 2017 23:25:15     Jefferson Associates,
                 3 Coral St,    Edison, NJ 08837-3242
515251449       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2017 23:24:40     Kohl's,
                 56 N W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051
515251452       E-mail/Text: bankruptcy@onlineis.com Oct 04 2017 23:25:34     Online Collections,    PO Box 1489,
                 Winterville, NC 28590-1489
515497171       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 23:44:00
                 Portfolio Recovery Associates, LLC,     c/o Chase Bank Usa, N.a.,    POB 41067,
                 Norfolk VA 23541
515496127       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 23:31:21
                 Portfolio Recovery Associates, LLC,     c/o Sleepys,    POB 41067,    Norfolk VA 23541
515495144       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 23:43:54
                 Portfolio Recovery Associates, LLC,     c/o The Home Depot,    POB 41067,    Norfolk VA 23541
515259521       E-mail/Text: bnc-quantum@quantum3group.com Oct 04 2017 23:25:05
                 Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
515251454       E-mail/Text: bankruptcy@savit.com Oct 04 2017 23:25:54     Sa-Vit Enterprises,    PO Box 250,
                 East Brunswick, NJ 08816-0250
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A.
515251440*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk of Amer,    PO Box 982235,    El Paso, TX 79998-2235)
515251445*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA/Bank of America,    PO Box 15102,    Wilmington, DE 19886-5102)
517085294*      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
515766943*      Rushmore Loan Management Services, LLC,    P.O. Box 514707,    Los Angeles, CA 90051-4707
515251458*     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Mortgage,    8480 Stagecoach Cir,
                 Frederick, MD 21701-4747)
515251459       ##Zucker, Goldberg & Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024
                                                                                  TOTALS: 1, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL,
           INC. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
           COMPANY AS SERVICER FOR U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
           Trust 20055, Adjustable Rate Mortgage Backed Pass Throug nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Angela Catherine Pattison    on behalf of Creditor    HSBC Bank USA, National Association, As
           Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
           angela.pattison@powerskirn.com, ecf@powerskirn.com
```

```
District/off: 0312-3          User: admin                 Page 3 of 3                  Date Rcvd: Oct 04, 2017
                              Form ID: pdf901             Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Jennifer R. Gorchow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Loren Rosenberg Lightman    on behalf of Creditor    Beachway Townhouse Condominium Association llightman@hillwallack.com
          Marc C. Capone    on behalf of Joint Debtor Deborah  Fassi mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
          Marc C. Capone    on behalf of Debtor Robert  Fassi mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
          Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services as Servicer for MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
          Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services LLC, as servicer for MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
          R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
          William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com

                                                                     TOTAL: 16