MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR



Order Filed on October 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                                         Chapter 13

Robert & Deborah Fassi                                         Case No.: 14-35893 (KCF)

                                                               Hearing Date:


**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.


**DATED: October 11, 2017**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Robert & Deborah Fassi
Case No.:   14-35893 (KCF)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$1,000.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

     **X**     **$1,000.00** through the Chapter 13 plan as an administrative priority; and

     ___     $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**N/A**