MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on October 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                        Chapter 13

Robert & Deborah Fassi                        Case No.: 14-35893 (KCF)

                                              Hearing Date:


**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.




**DATED: October 11, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Robert & Deborah Fassi
Case No.:    14-35893 (KCF)
Caption of Order:    **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$1,000.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

       **X**         **$1,000.00** through the Chapter 13 plan as an administrative priority; and

       ___        $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**N/A**

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Fassi  
Deborah Fassi  
    Debtors

Case No. 14-35893-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 11, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.  
db/jdb         Robert Fassi,    Deborah Fassi,    4 Spruce Way,    Manalapan, NJ    07726-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:

            Albert    Russo    docs@russotrustee.com  
            Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
            Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
            Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL,  
             INC. nj.bkecf@fedphe.com  
            Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING  
             COMPANY AS SERVICER FOR U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage  
             Trust 20055, Adjustable Rate Mortgage Backed Pass Throug nj.bkecf@fedphe.com  
            Angela Catherine Pattison    on behalf of Creditor    HSBC Bank USA, National Association, As  
             Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6  
             angela.pattison@powerskirn.com,    ecf@powerskirn.com  
            Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for  
             GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6  
             bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
            Jennifer R. Gorchow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
            Loren Rosenberg Lightman    on behalf of Creditor    Beachway Townhouse Condominium Association  
             llightman@hillwallack.com  
            Marc C. Capone    on behalf of Debtor Robert   Fassi mcapone@caponeandkeefe.com,  
             docs@caponeandkeefe.com  
            Marc C. Capone    on behalf of Joint Debtor Deborah   Fassi mcapone@caponeandkeefe.com,  
             docs@caponeandkeefe.com  
            Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services LLC, as servicer  
             for MTGLQ Investors, LP  
             firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com  
            Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services as Servicer for  
             MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com  
            R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com  
            Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org  
            William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com  
                                                                                                                      TOTAL: 16