Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14−35893−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Fassi                                        Deborah Fassi
4 Spruce Way                                    4 Spruce Way
Manalapan, NJ 07726−1820            Manalapan, NJ 07726−1820

Social Security No.:
   xxx−xx−1550                                   xxx−xx−6187

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:         6/20/18
Time:         02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc Capone, Attorney for Debtor

COMMISSION OR FEES
$1300.00

EXPENSES
$0

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).


Dated: May 7, 2018
JAN:

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 14-35893-KCF
Robert Fassi                                                   Chapter 13
Deborah Fassi
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 3         Date Rcvd: May 07, 2018
                             Form ID: 137             Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db/jdb         Robert Fassi,    Deborah Fassi,    4 Spruce Way,    Manalapan, NJ 07726-1820
cr            +Beachway Townhouse Condominium Association,     Foxwood Realty LLC,    761 Palmer Avneue,
               Holmdel, NJ 07733-1086
cr            +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
cr            +CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIA,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
r             +ReMax Generations,    228 Maple Ave.,    Red Bank, NJ 07701-1731
cr            +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515262919     +ANTIO, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
515251435      American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
515403694      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515251436      Americas Servicing Co,    PO Box 10328,    Des Moines, IA 50306-0328
515251437      Amex,    PO Box 297871,   Fort Lauderdale, FL 33329-7871
515251438    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
515277449     +Beachway Townhouse Condominium Association, Inc.,     Andrew E. Ingram, Jr.,    1812 Front Street,
               Scotch Plains, NJ 07076-1103
515251439      Beachway Townhouses Condo Ass.,    PO Box 313,    Keansburg, NJ 07734-0313
515265160     +Borough of Keansburg,    29 Church St,    Keansburg, NJ 07734-1497
515251441      Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
515493314      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515251442      Chase,    201 N Walnut St,    Wilmington, DE 19801-2920
515251443      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
515251444     +Fein, Such, Kahn & Shepard,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
515442101     +HSBC Bank USA,,    c/o Americas Servicing Company,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,
               3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
515439550     +HSBC Bank USA, National Association, As Trustee fo,     c/o Zucker Goldberg & Ackerman,
               200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515476281     +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
               Fountain Valley, CA 92728-0825
515251448      Kia Motors Finance Co,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
515384673      Kohl’s,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515251450     +Marc Friedman, Esq.,    616 W Ocean Heights Ave,    Linwood, NJ 08221-1016
515251451      Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
517085282     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
515277343     +PNC BANK,  N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
515251453      Pnc Bank,    PO Box 5570,    Cleveland, OH 44101-0570
515766942      Rushmore Loan Management Services, LLC,    P.O. Box 514707,    Los Angeles, CA 90051-4707
516498512     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
515251456      THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
515251455      Tavistock Homeowner Ass.,    28 S New York Rd Ste B6,    Galloway, NJ 08205-9695
515466848     +US BANK N.A.,    AMERICA’S SERVICING COMPANY,    ATTENTION: BANKRUPTCY DEPARTMENT,
               MAC #D3347-014,    3476 STATEVIEW BOULEVARD.,    FORT. MILL, SC 29715-7203
515435047      WEICHERT FINANCIAL SERVICES,    Green Tree Servicing LLC,    PO BOX 6154,
               Rapid City, SD 57709-6154
515251434    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: America’s Servicing,     8480 Stagecoach Cir,
               Frederick, MD 21701-4747)
515251457      Weichert Fs,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
515496155     +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315
515497096     +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:03      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:02      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515411300      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2018 23:51:35
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
515395897     +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 07 2018 23:48:08      CALIBER HOME LOANS, INC.,
               CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
515251446     +E-mail/PDF: gecsedi@recoverycorp.com May 07 2018 23:39:57      GECRB/Lowes,    PO Box 956005,
               Orlando, FL 32896-0001
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: May 07, 2018
                              Form ID: 137             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515434122      E-mail/Text: bankruptcy.bnc@ditech.com May 07 2018 23:46:50      Green Tree Servicing LLC,
               PO BOX 6154,   Rapid City, SD 57709-6154
515251447      E-mail/Text: collections@jeffersonassociates.com May 07 2018 23:47:07      Jefferson Associates,
               3 Coral St,    Edison, NJ 08837-3242
515251449      E-mail/Text: bnckohlsnotices@becket-lee.com May 07 2018 23:46:31        Kohl's,
               56 N W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051
515251452      E-mail/Text: bankruptcy@onlineis.com May 07 2018 23:47:36      Online Collections,   PO Box 1489,
                Winterville, NC 28590-1489
515497171      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2018 23:42:36
                Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,   POB 41067,
                Norfolk VA 23541
515496127      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2018 23:40:02
                Portfolio Recovery Associates, LLC,    c/o Sleepys,   POB 41067,   Norfolk VA 23541
515495144      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2018 23:57:33
                Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
515259521      E-mail/Text: bnc-quantum@quantum3group.com May 07 2018 23:46:55
                Quantum3 Group LLC as agent for,    CP Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
515251454      E-mail/Text: bankruptcy@savit.com May 07 2018 23:48:04      Sa-Vit Enterprises,   PO Box 250,
                East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wells Fargo Bank, N.A.
515251440*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bk of Amer,    PO Box 982235,   El Paso, TX 79998-2235)
515251445*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: FIA/Bank of America,    PO Box 15102,   Wilmington, DE 19886-5102)
517140685*     +CALIBER HOME LOANS, INC.,    CALIBER HOME LOANS, INC.,   13801 WIRELESS WAY,
                OKLAHOMA CITY OK 73134-2500
517085294*     +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
515766943*      Rushmore Loan Management Services, LLC,    P.O. Box 514707,   Los Angeles, CA 90051-4707
515251458*    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Mortgage,    8480 Stagecoach Cir,
                Frederick, MD 21701-4747)
515251459     ##Zucker, Goldberg & Ackerman,   PO Box 1024,   Mountainside, NJ 07092-0024
                                                                                  TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL,
               INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICER FOR U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
               Trust 20055, Adjustable Rate Mortgage Backed Pass Throug nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: May 07, 2018
                              Form ID: 137             Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Angela Catherine Pattison   on behalf of Creditor   HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6 angela.pattison@powerskirn.com, ecf@powerskirn.com

        Denise E. Carlon   on behalf of Creditor   HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

        Jennifer R. Gorchow   on behalf of Creditor   CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com

        Loren Rosenberg Lightman   on behalf of Creditor   Beachway Townhouse Condominium Association llightman@hillwallack.com

        Marc C. Capone   on behalf of Joint Debtor Deborah  Fassi mcapone@caponeandkeefe.com, docs@caponeandkeefe.com

        Marc C. Capone   on behalf of Debtor Robert  Fassi mcapone@caponeandkeefe.com, docs@caponeandkeefe.com

        Nicholas J. Purcell   on behalf of Creditor   Rushmore Loan Management Services as Servicer for MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com

        Nicholas J. Purcell   on behalf of Creditor   Rushmore Loan Management Services LLC, as servicer for MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com

        R. A. Lebron   on behalf of Creditor   CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com

        Robert P. Saltzman   on behalf of Creditor   Green Tree Servicing LLC dnj@pbslaw.org

        William M.E. Powers, III   on behalf of Creditor   Green Tree Servicing LLC ecf@powerskirn.com

        TOTAL: 16