Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−35893−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Fassi
4 Spruce Way
Manalapan, NJ 07726−1820

Deborah Fassi
4 Spruce Way
Manalapan, NJ 07726−1820

Social Security No.:
  xxx−xx−1550                                          xxx−xx−6187

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 11, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 107 − 101
Order Granting Application to Employ Professional Michael Minervini− Re/Max Generations as Realtor (Related Doc # 101). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/11/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 11, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-35893-KCF
Robert Fassi                                                            Chapter 13
Deborah Fassi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: May 11, 2018
                               Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
r              +ReMax Generations,    228 Maple Ave.,    Red Bank, NJ 07701-1731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICER FOR U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
               Trust 20055, Adjustable Rate Mortgage Backed Pass Throug nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL,
               INC. nj.bkecf@fedphe.com
              Angela Catherine Pattison    on behalf of Creditor    HSBC Bank USA, National Association, As
               Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
               angela.pattison@powerskirn.com,   ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Beachway Townhouse Condominium Association
               eholdren@hillwallack.com,    jhanley@hillwallack.com
              Jennifer R. Gorchow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Loren Rosenberg Lightman    on behalf of Creditor    Beachway Townhouse Condominium Association
               llightman@hillwallack.com
              Marc C. Capone    on behalf of Joint Debtor Deborah  Fassi mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Debtor Robert  Fassi mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services as Servicer for
               MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
              Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services LLC, as servicer
               for MTGLQ Investors, LP
               firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
              R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
              Sherri J. Braunstein    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com
                                                                                             TOTAL: 18