MCC4795
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
Attorney for Debtors

Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                Chapter **13**

                                      Case No.: **14-35893 (KCF)**
**Robert & Deborah Fassi**
                                      Hearing Date:

### ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: May 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):     **Robert & Deborah Fassi**
Case No.:      **14-35893 (KCF)**
Caption of Order:     **Order Approving Post-Petition Financing**


THIS MATTER having come before the Court on the Debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order, it is hereby

**ORDERED** that the Debtor be and hereby is authorized to enter into post petition financing for the purpose of purchasing the real property located at 61 Merion Lane, Jackson, New Jersey pursuant to the terms outlined in the debtor's certification in support of this motion; and it is further

**ORDERED** that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

**ORDERED** that the debtor shall:
\_\_\_     Satisfy all Plan obligation from financing proceeds
  **X**    Continue to make payments under the Plan as proposed or confirmed
\_\_\_     Modify the Plan as follows:

**ORDERED** that debtor's counsel shall be allowed a legal fee of **$_____** for representation in connection with this motion, which is to be paid (choose one):

\_\_\_     at closing     \_\_\_     through the plan     \_\_\_     outside the plan;

(Page 3)

Debtor(s):     **Robert & Deborah Fassi**
Case No.:      **14-35893 (KCF)**
Caption of Order:    **Order Approving Post-Petition Financing**


and it is further

**ORDERED** that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the purchase; and it is further

**ORDERED** that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

___     is applicable         _X_     is not applicable

**ORDERED** that the following other provisions apply: