UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Marc Capone, Esq.
Capone & Keefe, PC
60 Highway 71
Spring Lake Heights, NJ 07762

Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert & Deborah Fassi

Case No.: 14-35893 ~~14-35983~~

Hearing Date: 5/23/18

Chapter: 13

Judge: Ferguson

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3) is ORDERED.

DATED: May 24, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as ___4 Spruce Way, Manalapan, New Jersey___ (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

> Name of professional: Marc Capone, Esq./ Michael Minervini-Keller Williams
>
> Amount to be paid:    $1,000.00/$27,000.00-split with participating Broker
>
> Services rendered:   Closing attorney/Real Estate Agent

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $ _32.302.56_ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:   Caliber Home Loans will receive its payoff amount with 48 hours of the closing.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Fassi  
Deborah Fassi  
    Debtors

Case No. 14-35893-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 24, 2018  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2018.  
db/jdb         Robert Fassi,    Deborah Fassi,    4 Spruce Way,    Manalapan, NJ  07726-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2018 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING COMPANY AS SERVICER FOR U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 20055, Adjustable Rate Mortgage Backed Pass Throug nj.bkecf@fedphe.com  
       Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
       Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL, INC. nj.bkecf@fedphe.com  
       Angela Catherine Pattison    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6 angela.pattison@powerskirn.com, ecf@powerskirn.com  
       Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
       Elizabeth K. Holdren    on behalf of Creditor    Beachway Townhouse Condominium Association eholdren@hillwallack.com, jhanley@hillwallack.com  
       Jennifer R. Gorchow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
       Loren Rosenberg Lightman    on behalf of Creditor    Beachway Townhouse Condominium Association llightman@hillwallack.com  
       Marc C. Capone    on behalf of Joint Debtor Deborah Fassi mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
       Marc C. Capone    on behalf of Debtor Robert Fassi mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
       Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services as Servicer for MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com  
       Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services LLC, as servicer for MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com  
       R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com  
       Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org  
       Sherri J. Braunstein    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
       William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com  
                                                                TOTAL: 18