MCC4795
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
Attorney for Debtors

**Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                            Chapter **13**

                                                  Case No.: **14-35893 (KCF)**

**Robert & Deborah Fassi**

                                                  Hearing Date:

### ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: May 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):   **Robert & Deborah Fassi**
Case No.:   **14-35893 (KCF)**
Caption of Order:   **Order Approving Post-Petition Financing**

    THIS MATTER having come before the Court on the Debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order, it is hereby

    **ORDERED** that the Debtor be and hereby is authorized to enter into post petition financing for the purpose of purchasing the real property located at 61 Merion Lane, Jackson, New Jersey pursuant to the terms outlined in the debtor's certification in support of this motion; and it is further

    **ORDERED** that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

    **ORDERED** that the debtor shall:
    ___   Satisfy all Plan obligation from financing proceeds
    _X_   Continue to make payments under the Plan as proposed or confirmed
    ___   Modify the Plan as follows:

    **ORDERED** that debtor's counsel shall be allowed a legal fee of **$_____** for representation in connection with this motion, which is to be paid (choose one):

    ___ at closing    ___ through the plan    ___ outside the plan;

(Page 3)

Debtor(s):    **Robert & Deborah Fassi**
Case No.:    **14-35893 (KCF)**
Caption of Order:    **Order Approving Post-Petition Financing**

and it is further

**ORDERED** that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the purchase; and it is further

**ORDERED** that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

___    is applicable        _X_    is not applicable

**ORDERED** that the following other provisions apply:

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-35893-KCF
Robert Fassi                                                            Chapter 13
Deborah Fassi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: May 24, 2018
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db/jdb        Robert Fassi,    Deborah Fassi,    4 Spruce Way,    Manalapan, NJ 07726-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICER FOR U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
               Trust 20055, Adjustable Rate Mortgage Backed Pass Throug nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL,
               INC. nj.bkecf@fedphe.com
              Angela Catherine Pattison    on behalf of Creditor    HSBC Bank USA, National Association, As
               Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
               angela.pattison@powerskirn.com,    ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Beachway Townhouse Condominium Association
               eholdren@hillwallack.com,    jhanley@hillwallack.com
              Jennifer R. Gorchow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Loren Rosenberg Lightman    on behalf of Creditor    Beachway Townhouse Condominium Association
               llightman@hillwallack.com
              Marc C. Capone    on behalf of Joint Debtor Deborah  Fassi mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Debtor Robert  Fassi mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services as Servicer for
               MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
              Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services LLC, as servicer
               for MTGLQ Investors, LP
               firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
              R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
              Sherri J. Braunstein    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com
                                                                                               TOTAL: 18