MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on June 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                                    Chapter 13

Robert & Deborah Fassi                       Case No.: 14-35893 (KCF)

                                                              Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 21, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Robert & Deborah Fassi
Case No.:    14-35893 (KCF)
Caption of Order:    **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$1,300.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

    __    **$**_____**th**rough the Chapter 13 plan as an administrative priority; and

    **X**    $__**1,300.00**_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**N/A**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 14-35893-KCF
Robert Fassi                                                                            Chapter 13
Deborah Fassi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Jun 21, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db/jdb         Robert Fassi,    Deborah Fassi,    4 Spruce Way,    Manalapan, NJ 07726-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICER FOR U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
               Trust 20055, Adjustable Rate Mortgage Backed Pass Throug nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL,
               INC. nj.bkecf@fedphe.com
              Angela Catherine Pattison    on behalf of Creditor    HSBC Bank USA, National Association, As
               Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
               angela.pattison@powerskirn.com,    ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Beachway Townhouse Condominium Association
               eholdren@hillwallack.com,    jhanley@hillwallack.com
              Jennifer R. Gorchow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Loren Rosenberg Lightman    on behalf of Creditor    Beachway Townhouse Condominium Association
               llightman@hillwallack.com
              Marc C. Capone    on behalf of Joint Debtor Deborah  Fassi mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Debtor Robert  Fassi mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services as Servicer for
               MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
              Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services LLC, as servicer
               for MTGLQ Investors, LP
               firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
              R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
              Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com
                                                                                               TOTAL: 18