Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 14−35893−KCF
                Chapter: 13
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Robert Fassi                                    Deborah Fassi
   1069 Roseberry Court                  1069 Roseberry Court
   Morganville, NJ 07751               Morganville, NJ 07751

Social Security No.:
   xxx−xx−1550                                  xxx−xx−6187

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 18, 2018</u>           <u>Kathryn C. Ferguson</u>
                                          Judge, United States Bankruptcy Court