**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert Fassi | Social Security number or ITIN  xxx–xx–1550 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Deborah Fassi | Social Security number or ITIN  xxx–xx–6187 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   14–35893–KCF

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Fassi                                          Deborah Fassi

10/18/18                                              **By the court:** Kathryn C. Ferguson
                                                                       United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-35893-KCF
Robert Fassi                                                          Chapter 13
Deborah Fassi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 3            Date Rcvd: Oct 18, 2018
                               Form ID: 3180W           Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
```
db/jdb       +Robert Fassi,    Deborah Fassi,    1069 Roseberry Court,    Morganville, NJ 07751-1781
cr           +Beachway Townhouse Condominium Association,    Foxwood Realty LLC,    761 Palmer Avneue,
               Holmdel, NJ 07733-1086
cr           +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
cr           +CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIA,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
r            +ReMax Generations,    228 Maple Ave.,    Red Bank, NJ 07701-1731
cr           +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515262919    +ANTIO, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
515277449    +Beachway Townhouse Condominium Association, Inc.,    Andrew E. Ingram, Jr.,    1812 Front Street,
               Scotch Plains, NJ 07076-1103
515251439     Beachway Townhouses Condo Ass.,    PO Box 313,    Keansburg, NJ 07734-0313
515265160    +Borough of Keansburg,    29 Church St,    Keansburg, NJ 07734-1497
515251441     Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
515251444    +Fein, Such, Kahn & Shepard,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
515439550    +HSBC Bank USA, National Association, As Trustee fo,    c/o Zucker Goldberg & Ackerman,
               200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515476281    +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
               Fountain Valley, CA 92728-0825
515251448     Kia Motors Finance Co,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
515251450     Marc Friedman, Esq.,    616 W Ocean Heights Ave,    Linwood, NJ 08221-1016
515251451     Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
517085282    +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
515277343    +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND  OHIO 44101-4982
515251453     Pnc Bank,    PO Box 5570,    Cleveland, OH 44101-0570
515766942     Rushmore Loan Management Services, LLC,    P.O. Box 514707,    Los Angeles, CA 90051-4707
516498512    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
515251455     Tavistock Homeowner Ass.,    28 S New York Rd Ste B6,    Galloway, NJ 08205-9695
515466848    +US BANK N.A.,    AMERICA'S SERVICING COMPANY,    ATTENTION: BANKRUPTCY DEPARTMENT,
               MAC #D3347-014,    3476 STATEVIEW BOULEVARD.,    FORT. MILL, SC 29715-7203
515435047     WEICHERT FINANCIAL SERVICES,    Green Tree Servicing LLC,    PO BOX 6154,
               Rapid City, SD 57709-6154
515251457     Weichert Fs,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
515496155    +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:59      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515251435     EDI: AMEREXPR.COM Oct 19 2018 03:23:00      American Express,    PO Box 297871,
               Fort Lauderdale, FL 33329-7871
515403694     EDI: BECKLEE.COM Oct 19 2018 03:23:00      American Express Bank, FSB,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
515411300     EDI: AIS.COM Oct 19 2018 03:23:00      American InfoSource LP as agent for,
               Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
515251436     EDI: WFFC.COM Oct 19 2018 03:23:00      Americas Servicing Co,    PO Box 10328,
               Des Moines, IA 50306-0328
515251437     EDI: AMEREXPR.COM Oct 19 2018 03:23:00      Amex,    PO Box 297871,
               Fort Lauderdale, FL 33329-7871
515251438     EDI: BANKAMER.COM Oct 19 2018 03:23:00      Bank of America,    PO Box 982235,
               El Paso, TX 79998-2235
515251440     EDI: BANKAMER.COM Oct 19 2018 03:23:00      Bk of Amer,    PO Box 982235,
               El Paso, TX 79998-2235
515395897    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Oct 18 2018 23:52:53      CALIBER HOME LOANS, INC.,
               CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
515493314     EDI: BL-BECKET.COM Oct 19 2018 03:24:00      Capital One, N.A.,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
515251442     EDI: CHASE.COM Oct 19 2018 03:23:00      Chase,    201 N Walnut St,    Wilmington, DE 19801-2920
515251443     EDI: CITICORP.COM Oct 19 2018 03:23:00      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
515251446    +EDI: RMSC.COM Oct 19 2018 03:23:00      GECRB/Lowes,    PO Box 956005,    Orlando, FL 32896-0001
515434122     E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2018 23:51:27      Green Tree Servicing LLC,
               PO BOX 6154,    Rapid City, SD 57709-6154
515442101    +EDI: WFFC.COM Oct 19 2018 03:23:00      HSBC Bank USA,,    c/o Americas Servicing Company,
               ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
515251447     E-mail/Text: collections@jeffersonassociates.com Oct 18 2018 23:52:08      Jefferson Associates,
               3 Coral St,    Edison, NJ 08837-3242
```

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Oct 18, 2018
                              Form ID: 3180W           Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515384673      EDI: BL-BECKET.COM Oct 19 2018 03:24:00     Kohl's,   c/o Becket and Lee LLP,   POB 3001,
                Malvern PA 19355-0701
515251449      EDI: CBSKOHLS.COM Oct 19 2018 03:23:00     Kohl's,   56 N W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051
515251452      E-mail/Text: bankruptcy@onlineis.com Oct 18 2018 23:52:28      Online Collections,   PO Box 1489,
                Winterville, NC 28590-1489
515497171      EDI: PRA.COM Oct 19 2018 03:23:00     Portfolio Recovery Associates, LLC,
                c/o Chase Bank Usa, N.a.,    POB 41067,   Norfolk VA 23541
515496127      EDI: PRA.COM Oct 19 2018 03:23:00     Portfolio Recovery Associates, LLC,   c/o Sleepys,
                POB 41067,   Norfolk VA 23541
515495144      EDI: PRA.COM Oct 19 2018 03:23:00     Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                POB 41067,   Norfolk VA 23541
515259521      EDI: Q3G.COM Oct 19 2018 03:24:00     Quantum3 Group LLC as agent for,   CP Medical LLC,
                PO Box 788,   Kirkland, WA 98083-0788
515251454      E-mail/Text: bankruptcy@savit.com Oct 18 2018 23:52:47      Sa-Vit Enterprises,   PO Box 250,
                East Brunswick, NJ 08816-0250
515251456      EDI: CITICORP.COM Oct 19 2018 03:23:00     THD/CBNA,   PO Box 6497,
                Sioux Falls, SD 57117-6497
515251434      EDI: WFFC.COM Oct 19 2018 03:23:00     America's Servicing,   8480 Stagecoach Cir,
                Frederick, MD 21701-4747
515251458      EDI: WFFC.COM Oct 19 2018 03:23:00     Wells Fargo Mortgage,   8480 Stagecoach Cir,
                Frederick, MD 21701-4747
515497096     +EDI: WFFC.COM Oct 19 2018 03:23:00     Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,
                MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                              TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A.
515251445*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   FIA/Bank of America,   PO Box 15102,   Wilmington, DE 19886-5102)
517140685*    +CALIBER HOME LOANS, INC.,    CALIBER HOME LOANS, INC.,   13801 WIRELESS WAY,
                OKLAHOMA CITY OK 73134-2500
517085294*    +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
515766943*     Rushmore Loan Management Services, LLC,   P.O. Box 514707,   Los Angeles, CA 90051-4707
515251459     ##Zucker, Goldberg & Ackerman,   PO Box 1024,   Mountainside, NJ 07092-0024
                                                                                   TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL,
               INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICER FOR U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
               Trust 20055, Adjustable Rate Mortgage Backed Pass Throug nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
```

```
District/off: 0312-3            User: admin              Page 3 of 3                  Date Rcvd: Oct 18, 2018
                                Form ID: 3180W           Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Angela Catherine Pattison    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6 angela.pattison@powerskirn.com, ecf@powerskirn.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Beachway Townhouse Condominium Association eholdren@hillwallack.com, jhanley@hillwallack.com
          Jennifer R. Gorchow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Loren Rosenberg Lightman    on behalf of Creditor    Beachway Townhouse Condominium Association llightman@hillwallack.com
          Marc C. Capone    on behalf of Joint Debtor Deborah  Fassi mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
          Marc C. Capone    on behalf of Debtor Robert  Fassi mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
          Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services as Servicer for MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
          Nicholas J. Purcell    on behalf of Creditor    Rushmore Loan Management Services LLC, as servicer for MTGLQ Investors, LP firm@martonelaw.com;ecf@leopoldassociates.com;mrozea@leopoldassociates.com
          R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
          Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com

                                                                                                          TOTAL: 18